AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Clarence T Fox, Jr<br>*Plaintiff*<br>v.<br>Eric Holder; Federal Bureau of Prisons; Warden Darlene Drew<br>*Defendant* | Civil Action No. 2:10-cv-2168-HFF-RSC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendation of Magistrate Judge Robert S. Carr is adopted and incorporated. This case is dismissed without prejudice and without requiring a response from the Respondents. To the extent that Petitioner requests a certificate of appealability from this court, that certificate is denied. The Petitioner shall take nothing on his petition filed pursuant to Title 28 U.S.C. § 2241.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry F. Floyd, United States District Judge.

Date: September 22, 2010

*CLERK OF COURT* Larry W. Propes

*Signature of Clerk or Deputy Clerk*